**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-2018**

LISA A. MARTIN,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, Commissioner of Social
Security,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, District
Judge.  (3:05-cv-00476-REP)

Submitted:  March 21, 2007          Decided:  April 19, 2007

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lisa A. Martin, Appellant Pro Se.  Tara Louise Casey, OFFICE OF THE
UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa A. Martin appeals the district court's order accepting the recommendation of the magistrate judge and upholding the Commissioner's finding that Martin is not disabled. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Martin v. Barnhart</u>, No. 3:05-cv-00476-REP (E.D. Va. Aug. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>